FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINIO SALDANA-MERCADO,<br><br>Defendant. | No. 2:19-CR-00014-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions, **ECF No. 40**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to reside in Mattawa and stay in Spokane the night before any future court hearings.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 40**, is **GRANTED**. Defendant is permitted to reside in Mattawa with the understanding that he will stay in Spokane the night before any court hearings related to this case.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.** DATED February 26, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1