✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Saldana-Mercado, Herminio | Docket No. | 0980 2:19CR00014-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Herminio Saldana-Mercado, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 14th day of January 2019 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to have violated his conditions of pretrial release by being in possession of a controlled substance, methamphetamine, on September 22, 2019.

The defendant's conditions of pretrial release were reviewed with him on January 18, 2019. He signed a copy of his conditions, indicating he understood his conditions of release, to include standard condition number 1 as noted above.

U.S. Pretrial Services was made aware of the defendant's arrest on September 23, 2019. Police reports were received which indicated the defendant was contacted by a Washington State Department of Fish and Wildlife (DFW) Officer on September 22, 2019. DFW observed the defendant fishing in a restricted area in Grant County, Washington, downstream of Priest Rapids Dam and near the mouth of Jackson Creek. This area is designated as closed water due to the salmon migration. The defendant was observed with a fishing pole and a dark object in his right hand. When contacted by DFW, the defendant bent down and placed the dark object under sage brush and pretended to fix his shoe. When he came up again, DFW noted that the defendant's hands were empty. The defendant was placed under arrest for fishing without a license. Once detained, the DFW officer walked over to the bush where the defendant was observed placing a dark object and found a glass smoking device which had white residue inside. The defendant was booked into the Grant County Jail and is currently charged with unlawful possession of a controlled substance, Grant County Superior Court Case number 19-1-00477-3. Mr. Saldana-Mercado remains detained at the Grant County Jail and his next hearing is scheduled for September 23, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 23, 2019 |
| by | s/Daniel M. Manning |
|  | Daniel Manning<br>U.S. Pretrial Services Officer |

PS-8

Re: Saldana-Mercado, Herminio
September 23, 2019
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

September 23, 2019
_____
Date