FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:19-CR-0014-WFN-1 |
| Plaintiff, | ORDER DISMISSING INDICTMENT AND QUASHING WARRANT |
| -vs- | |
| HERMINIO SALDANA-MERCADO, | **UNITED STATES MARSHAL ACTION REQUIRED** |
| Defendant. | |

Pending before the Court is the Government's Motion for Order of Dismissal. ECF No. 79.  The Court has reviewed the file and Motion and is fully informed.  Accordingly,

**IT IS ORDERED** that:

1.  The Government's Motion for Order of Dismissal, filed January 27, 2020, **ECF No. 79**, is **GRANTED**.

2.  The Indictment is **DISMISSED without prejudice**

3.  The outstanding warrant is **QUASHED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service**--action required**.

**DATED** this 27th day of January, 2020.

01-27-20

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER